[relates to Docket Items 63 and 68]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICHAEL FISCUS, | HONORABLE JEROME B. SIMANDLE |
| Plaintiff, | CIVIL NO. 03-1328 |
| v. | |
| COMBUS FINANCE AG, et. al., | **ORDER** |
| Defendants. | |

This matter having come before the Court upon Defendant Schnellman's motion for summary judgment pursuant to Fed. R. Civ. P. 56 and Plaintiff Fiscus' opposing motion for a continuance pursuant to Fed. R. Civ. P. 56(f); and this Court having considered the submissions of the parties; for the reasons stated in the Opinion of today's date; and for good cause shown;

IT IS, this **10th** day of August, 2007 hereby

**ORDERED** that Plaintiff's Rule 56(f) motion for a continuance will be **DENIED**, and that Plaintiff must submit an opposition to Defendant Schnellman's motion for summary judgment within twenty (20) days of the entry of this Order, after which time the Court will decide Defendant's motion on the merits.

**s/ Jerome B. Simandle**
JEROME B. SIMANDLE
U.S. District Judge