[relates to Docket Item #62]

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MICHAEL FISCUS,<br><br>    Plaintiff,<br><br>   v.<br><br>COMBUS FINANCE AG, a Swiss Corporation, d/b/a COMBUS GmbH, d/b/a THE COMBUS GROUP; ROLF SCHNELLMANN; MULTIFORUM AG, a Swiss Corporation; ROLF HAENNI a/k/a ROLF HANNI<br><br>    Defendants. | HON. JEROME B. SIMANDLE<br><br>Civil Action<br>No. 03-1328 (JBS)<br><br>**ORDER** |

This matter having come before the Court on the motion [Docket Item 62] of defendant Schnellmann for summary judgment; Plaintiff having failed to oppose the defendant's motion after the Court invited Plaintiff to make submissions in opposition; the Court having considered the submissions of Schnellmann; for the reasons explained in the Opinion of today's date; and for good cause shown;

IT IS this    **20th**    day of **November, 2007** hereby

ORDERED that defendant Schnellmann's motion for summary judgment, which the Court has considered as a motion to dismiss pursuant to Federal Rule of Civil Procedure Rule 12(b)(7), shall be, and hereby is, **GRANTED**.

**s/ Jerome B. Simandle**
JEROME B. SIMANDLE
United States District Judge